No JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JasminVenegas, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 15-7959 ODW(JCx) |
| v. | |
| Martha Gomez, et al. | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____    _____
Date                                United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency         ☒ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____
☐ Other: _____

Comments:
The Court lacks removal jurisdiction over the California unlawful detainer action since (a) the State Complaint does not contain any civil action that originally could have been filed in federal court; and (b) the Notice of Removal does not allege facts that plausibly support either diversity or federal-question jurisdiction. 28 U.S.C. § 1441(a).

October 13, 2015                    /s/ Jacqueline Chooljian
Date                                United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED                                                ☐ DISMISSED.
☒ DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby:   ☒ REMANDED.

October 19, 2015                    _____
Date                                United States District Judge